Darrell COLEMAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 120, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016

Decided: June 3, 2016

Court Below: Superior Court of the State of Delaware, ID No. 1305011774A.

AFFIRMED.